```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
FRED P. CAMPO, Individually, and On
Behalf of All Others Similarly Situated,

                    Plaintiff,

        - against -                              06 Civ. 4053 (JES)

SEARS HOLDINGS CORPORATION and                   ORDER
EDWARD S. LAMPERT,

                    Defendants.
------------------------------------------X
```

The above-captioned action having come before the Court, and defendants having submitted their Motion to Dismiss dated August 3, 2007, and plaintiffs having submitted their Opposition to defendants' Motion dated October 4, 2007, and defendants having submitted their Reply to plaintiffs' Opposition dated November 9, 2007, the Court having held Oral Argument on such Motion on April 15, 2008, and the Court having considered all matters raised, it is

**ORDERED** that, for the reasons stated on the record at the aforementioned Oral Argument, defendants' Motion to Dismiss shall be and hereby is denied without prejudice; and it is further

**ORDERED** that defendants' discovery in the above-captioned action shall be completed on or before June 15, 2008; and it is further

**ORDERED** that thereafter plaintiffs' discovery in the above-captioned action shall be completed on or before August 15, 2008; and it is further

**ORDERED** that a Pre-Trial Conference shall occur on September 23, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         April 16, 2008

                                                 _____
                                                 John F. Sprizzo
                                                 United States District Judge