Exhibit A: SHLD PRICE/VOLUME

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 5/2/2003 | $15.00 | $15.15 | $14.90 | $15.00 | 432,600 | $15.00 |
| 5/5/2003 | $14.95 | $15.25 | $14.95 | $15.00 | 213,300 | $15.00 |
| 5/6/2003 | $15.25 | $15.25 | $14.95 | $15.00 | 120,400 | $15.00 |
| 5/7/2003 | $15.00 | $15.05 | $13.45 | $13.55 | 651,200 | $13.55 |
| 5/8/2003 | $13.50 | $13.60 | $12.85 | $12.85 | 450,100 | $12.85 |
| 5/9/2003 | $12.70 | $13.30 | $12.00 | $13.20 | 1,282,300 | $13.20 |
| 5/12/2003 | $13.30 | $16.25 | $13.20 | $16.10 | 863,200 | $16.10 |
| 5/13/2003 | $16.10 | $16.10 | $15.00 | $15.20 | 573,000 | $15.20 |
| 5/14/2003 | $15.25 | $15.25 | $14.25 | $14.35 | 629,700 | $14.35 |
| 5/15/2003 | $14.35 | $14.36 | $13.74 | $14.10 | 442,500 | $14.10 |
| 5/16/2003 | $14.00 | $14.10 | $13.85 | $14.00 | 501,300 | $14.00 |
| 5/19/2003 | $14.05 | $14.10 | $13.95 | $14.05 | 235,000 | $14.05 |
| 5/20/2003 | $14.00 | $14.05 | $13.85 | $13.93 | 236,800 | $13.93 |
| 5/21/2003 | $13.93 | $14.50 | $13.90 | $14.20 | 404,600 | $14.20 |
| 5/22/2003 | $14.25 | $14.70 | $14.25 | $14.65 | 194,500 | $14.65 |
| 5/23/2003 | $14.70 | $14.80 | $14.61 | $14.75 | 62,400 | $14.75 |
| 5/27/2003 | $14.75 | $14.90 | $14.75 | $14.89 | 203,900 | $14.89 |
| 5/28/2003 | $14.85 | $15.47 | $14.85 | $15.45 | 386,100 | $15.45 |
| 5/29/2003 | $15.45 | $15.95 | $15.45 | $15.85 | 442,900 | $15.85 |
| 5/30/2003 | $15.85 | $16.10 | $15.85 | $15.90 | 391,300 | $15.90 |
| 6/2/2003 | $15.90 | $15.95 | $15.50 | $15.75 | 320,200 | $15.75 |
| 6/3/2003 | $15.70 | $15.75 | $15.00 | $15.05 | 105,100 | $15.05 |
| 6/4/2003 | $14.90 | $15.20 | $14.72 | $15.00 | 320,200 | $15.00 |
| 6/5/2003 | $14.96 | $15.50 | $14.96 | $15.35 | 420,900 | $15.35 |
| 6/6/2003 | $15.40 | $16.14 | $15.28 | $16.00 | 369,600 | $16.00 |
| 6/9/2003 | $16.13 | $18.50 | $16.10 | $17.70 | 683,900 | $17.70 |
| 6/10/2003 | $17.55 | $21.42 | $17.50 | $19.60 | 1,617,500 | $19.60 |
| 6/11/2003 | $19.95 | $20.00 | $18.16 | $19.25 | 842,700 | $19.25 |
| 6/12/2003 | $19.20 | $19.50 | $18.30 | $18.56 | 258,400 | $18.56 |
| 6/13/2003 | $18.34 | $18.75 | $17.22 | $18.50 | 580,600 | $18.50 |
| 6/16/2003 | $18.53 | $24.43 | $18.40 | $22.50 | 2,828,600 | $22.50 |
| 6/17/2003 | $22.55 | $23.00 | $20.47 | $21.77 | 1,088,100 | $21.77 |
| 6/18/2003 | $21.77 | $22.00 | $20.56 | $21.80 | 568,700 | $21.80 |
| 6/19/2003 | $21.34 | $23.81 | $21.23 | $22.94 | 706,400 | $22.94 |
| 6/20/2003 | $23.45 | $27.00 | $23.43 | $25.20 | 3,214,700 | $25.20 |
| 6/23/2003 | $25.55 | $26.98 | $25.24 | $26.26 | 1,207,300 | $26.26 |
| 6/24/2003 | $26.43 | $26.78 | $24.85 | $24.91 | 584,600 | $24.91 |
| 6/25/2003 | $25.10 | $26.00 | $25.05 | $25.65 | 409,100 | $25.65 |
| 6/26/2003 | $25.78 | $26.35 | $24.86 | $25.03 | 627,100 | $25.03 |
| 6/27/2003 | $24.76 | $25.64 | $24.25 | $25.64 | 737,800 | $25.64 |
| 6/30/2003 | $24.95 | $27.05 | $24.90 | $26.99 | 1,589,900 | $26.99 |
| 7/1/2003 | $26.79 | $26.79 | $25.76 | $25.95 | 721,900 | $25.95 |
| 7/2/2003 | $25.98 | $26.90 | $25.32 | $26.64 | 616,400 | $26.64 |
| 7/3/2003 | $26.11 | $26.40 | $25.51 | $25.73 | 125,400 | $25.73 |
| 7/7/2003 | $26.00 | $26.20 | $25.00 | $25.82 | 158,800 | $25.82 |
| 7/8/2003 | $25.79 | $26.20 | $25.20 | $25.96 | 359,300 | $25.96 |
| 7/9/2003 | $26.00 | $26.01 | $25.11 | $25.58 | 481,400 | $25.58 |
| 7/10/2003 | $25.35 | $25.90 | $23.75 | $25.20 | 431,400 | $25.20 |
| 7/11/2003 | $25.10 | $25.10 | $23.75 | $24.20 | 620,500 | $24.20 |
| 7/14/2003 | $24.29 | $24.90 | $24.29 | $24.60 | 155,800 | $24.60 |
| 7/15/2003 | $24.75 | $24.75 | $24.13 | $24.45 | 94,800 | $24.45 |
| 7/16/2003 | $24.45 | $25.50 | $24.45 | $24.70 | 367,500 | $24.70 |

Exhibit A: SHLD PRICE/VOLUME

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 7/17/2003 | $24.67 | $25.00 | $23.90 | $24.12 | 259,500 | $24.12 |
| 7/18/2003 | $24.25 | $24.48 | $23.30 | $24.25 | 482,200 | $24.25 |
| 7/21/2003 | $23.76 | $24.62 | $23.51 | $23.96 | 224,000 | $23.96 |
| 7/22/2003 | $24.20 | $24.25 | $23.33 | $24.25 | 263,200 | $24.25 |
| 7/23/2003 | $23.90 | $24.25 | $23.45 | $23.87 | 285,300 | $23.87 |
| 7/24/2003 | $24.00 | $24.10 | $22.56 | $22.85 | 468,700 | $22.85 |
| 7/25/2003 | $22.80 | $23.19 | $21.86 | $23.17 | 206,300 | $23.17 |
| 7/28/2003 | $23.15 | $23.25 | $22.01 | $22.85 | 282,100 | $22.85 |
| 7/29/2003 | $22.85 | $23.25 | $22.85 | $23.15 | 174,700 | $23.15 |
| 7/30/2003 | $22.90 | $23.10 | $21.97 | $22.46 | 392,700 | $22.46 |
| 7/31/2003 | $22.51 | $23.79 | $22.50 | $23.40 | 339,300 | $23.40 |
| 8/1/2003 | $23.55 | $23.80 | $23.00 | $23.35 | 78,600 | $23.35 |
| 8/4/2003 | $23.12 | $23.46 | $23.00 | $23.46 | 104,400 | $23.46 |
| 8/5/2003 | $23.50 | $23.65 | $23.24 | $23.59 | 159,000 | $23.59 |
| 8/6/2003 | $23.45 | $23.88 | $23.35 | $23.62 | 108,800 | $23.62 |
| 8/7/2003 | $23.65 | $24.75 | $23.53 | $24.27 | 268,700 | $24.27 |
| 8/8/2003 | $24.20 | $25.04 | $24.20 | $24.85 | 329,400 | $24.85 |
| 8/11/2003 | $24.99 | $25.00 | $24.40 | $24.42 | 117,600 | $24.42 |
| 8/12/2003 | $24.42 | $24.43 | $23.21 | $23.90 | 424,200 | $23.90 |
| 8/13/2003 | $23.80 | $24.33 | $23.78 | $24.05 | 111,400 | $24.05 |
| 8/14/2003 | $24.05 | $24.44 | $24.05 | $24.40 | 119,200 | $24.40 |
| 8/15/2003 | $24.43 | $24.70 | $24.35 | $24.42 | 57,200 | $24.42 |
| 8/18/2003 | $24.39 | $24.65 | $24.02 | $24.38 | 148,600 | $24.38 |
| 8/19/2003 | $24.31 | $24.63 | $24.31 | $24.50 | 172,700 | $24.50 |
| 8/20/2003 | $24.50 | $24.75 | $24.27 | $24.40 | 90,300 | $24.40 |
| 8/21/2003 | $24.45 | $26.55 | $24.45 | $26.30 | 554,800 | $26.30 |
| 8/22/2003 | $26.55 | $29.12 | $26.35 | $28.25 | 530,700 | $28.25 |
| 8/25/2003 | $27.67 | $28.75 | $27.67 | $28.50 | 274,400 | $28.50 |
| 8/26/2003 | $28.15 | $28.80 | $27.65 | $28.60 | 187,600 | $28.60 |
| 8/27/2003 | $28.54 | $28.95 | $28.11 | $28.70 | 110,000 | $28.70 |
| 8/28/2003 | $28.65 | $29.44 | $28.26 | $29.44 | 126,800 | $29.44 |
| 8/29/2003 | $30.00 | $32.27 | $29.76 | $30.67 | 1,297,700 | $30.67 |
| 9/2/2003 | $30.60 | $30.60 | $29.11 | $29.13 | 1,045,600 | $29.13 |
| 9/3/2003 | $29.08 | $30.10 | $29.08 | $29.65 | 564,700 | $29.65 |
| 9/4/2003 | $29.37 | $29.68 | $28.79 | $29.68 | 205,000 | $29.68 |
| 9/5/2003 | $29.24 | $30.10 | $29.10 | $30.05 | 370,300 | $30.05 |
| 9/8/2003 | $29.58 | $29.71 | $28.95 | $29.47 | 304,400 | $29.47 |
| 9/9/2003 | $29.43 | $29.43 | $28.05 | $28.20 | 202,400 | $28.20 |
| 9/10/2003 | $28.27 | $28.41 | $27.63 | $27.99 | 146,000 | $27.99 |
| 9/11/2003 | $27.93 | $28.46 | $27.75 | $27.96 | 301,200 | $27.96 |
| 9/12/2003 | $27.75 | $27.75 | $26.76 | $27.23 | 247,800 | $27.23 |
| 9/15/2003 | $27.15 | $27.54 | $26.99 | $27.00 | 133,600 | $27.00 |
| 9/16/2003 | $27.00 | $27.30 | $26.25 | $26.80 | 183,100 | $26.80 |
| 9/17/2003 | $26.71 | $27.64 | $26.61 | $27.48 | 97,100 | $27.48 |
| 9/18/2003 | $27.60 | $27.66 | $27.02 | $27.46 | 77,500 | $27.46 |
| 9/19/2003 | $27.21 | $27.43 | $26.96 | $27.25 | 46,700 | $27.25 |
| 9/22/2003 | $27.12 | $27.62 | $26.15 | $26.20 | 186,900 | $26.20 |
| 9/23/2003 | $26.45 | $27.15 | $26.10 | $27.15 | 88,500 | $27.15 |
| 9/24/2003 | $27.18 | $27.20 | $26.25 | $26.49 | 42,600 | $26.49 |
| 9/25/2003 | $26.44 | $26.65 | $25.71 | $25.75 | 187,600 | $25.75 |
| 9/26/2003 | $25.80 | $25.80 | $24.26 | $25.49 | 321,100 | $25.49 |
| 9/29/2003 | $25.30 | $26.35 | $24.40 | $25.72 | 164,500 | $25.72 |

Exhibit A: SHLD PRICE/VOLUME

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 9/30/2003 | $25.76 | $25.87 | $24.51 | $24.93 | 380,700 | $24.93 |
| 10/1/2003 | $25.05 | $25.68 | $24.93 | $25.68 | 239,200 | $25.68 |
| 10/2/2003 | $25.55 | $25.71 | $24.55 | $24.78 | 158,600 | $24.78 |
| 10/3/2003 | $24.70 | $25.80 | $24.66 | $25.25 | 190,000 | $25.25 |
| 10/6/2003 | $25.07 | $25.91 | $24.76 | $25.25 | 137,600 | $25.25 |
| 10/7/2003 | $25.25 | $25.30 | $24.63 | $25.20 | 66,200 | $25.20 |
| 10/8/2003 | $25.24 | $26.06 | $25.19 | $25.80 | 218,100 | $25.80 |
| 10/9/2003 | $25.81 | $28.55 | $25.80 | $28.55 | 415,400 | $28.55 |
| 10/10/2003 | $28.60 | $29.80 | $28.25 | $29.80 | 385,800 | $29.80 |
| 10/13/2003 | $29.98 | $30.50 | $29.72 | $30.50 | 471,900 | $30.50 |
| 10/14/2003 | $30.38 | $30.90 | $30.00 | $30.53 | 417,400 | $30.53 |
| 10/15/2003 | $30.58 | $31.12 | $29.85 | $30.02 | 374,600 | $30.02 |
| 10/16/2003 | $29.99 | $30.20 | $29.50 | $29.99 | 333,200 | $29.99 |
| 10/17/2003 | $29.97 | $29.97 | $28.01 | $28.49 | 484,400 | $28.49 |
| 10/20/2003 | $28.25 | $28.38 | $27.50 | $28.11 | 372,000 | $28.11 |
| 10/21/2003 | $27.95 | $28.80 | $27.82 | $28.14 | 127,400 | $28.14 |
| 10/22/2003 | $27.91 | $28.24 | $27.70 | $28.00 | 106,600 | $28.00 |
| 10/23/2003 | $27.90 | $27.91 | $27.20 | $27.25 | 204,000 | $27.25 |
| 10/24/2003 | $27.20 | $27.70 | $26.85 | $27.00 | 169,900 | $27.00 |
| 10/27/2003 | $26.95 | $27.50 | $25.97 | $26.44 | 326,400 | $26.44 |
| 10/28/2003 | $26.57 | $27.75 | $26.41 | $27.75 | 173,700 | $27.75 |
| 10/29/2003 | $27.80 | $28.55 | $27.26 | $27.79 | 171,600 | $27.79 |
| 10/30/2003 | $27.79 | $28.45 | $27.55 | $28.00 | 192,600 | $28.00 |
| 10/31/2003 | $28.00 | $29.00 | $28.00 | $28.99 | 195,300 | $28.99 |
| 11/3/2003 | $28.94 | $29.34 | $28.00 | $28.25 | 190,100 | $28.25 |
| 11/4/2003 | $28.68 | $28.70 | $28.25 | $28.45 | 345,800 | $28.45 |
| 11/5/2003 | $28.48 | $28.53 | $27.20 | $27.54 | 212,400 | $27.54 |
| 11/6/2003 | $27.40 | $28.24 | $27.40 | $28.23 | 149,900 | $28.23 |
| 11/7/2003 | $28.35 | $29.70 | $28.33 | $29.58 | 205,800 | $29.58 |
| 11/10/2003 | $29.80 | $29.80 | $29.22 | $29.70 | 243,900 | $29.70 |
| 11/11/2003 | $29.75 | $29.75 | $29.25 | $29.74 | 178,500 | $29.74 |
| 11/12/2003 | $29.45 | $29.99 | $29.10 | $29.79 | 273,800 | $29.79 |
| 11/13/2003 | $29.79 | $29.85 | $28.68 | $29.55 | 352,800 | $29.55 |
| 11/14/2003 | $29.45 | $30.61 | $29.45 | $30.00 | 211,700 | $30.00 |
| 11/17/2003 | $30.00 | $30.01 | $28.50 | $29.40 | 214,700 | $29.40 |
| 11/18/2003 | $29.32 | $29.38 | $28.91 | $29.02 | 292,800 | $29.02 |
| 11/19/2003 | $28.90 | $29.43 | $28.86 | $29.33 | 130,100 | $29.33 |
| 11/20/2003 | $29.12 | $29.35 | $28.55 | $29.14 | 212,100 | $29.14 |
| 11/21/2003 | $28.91 | $29.04 | $28.34 | $28.56 | 81,100 | $28.56 |
| 11/24/2003 | $28.60 | $30.00 | $28.60 | $30.00 | 185,500 | $30.00 |
| 11/25/2003 | $30.00 | $30.01 | $29.39 | $29.99 | 160,300 | $29.99 |
| 11/26/2003 | $29.84 | $29.98 | $28.61 | $29.00 | 340,700 | $29.00 |
| 11/28/2003 | $28.90 | $30.65 | $28.80 | $30.44 | 188,900 | $30.44 |
| 12/1/2003 | $30.55 | $32.71 | $30.45 | $32.71 | 862,700 | $32.71 |
| 12/2/2003 | $32.68 | $34.55 | $31.80 | $32.58 | 717,900 | $32.58 |
| 12/3/2003 | $32.42 | $33.21 | $32.42 | $32.74 | 215,300 | $32.74 |
| 12/4/2003 | $32.65 | $32.66 | $30.72 | $31.30 | 406,100 | $31.30 |
| 12/5/2003 | $30.45 | $30.45 | $29.01 | $29.40 | 743,400 | $29.40 |
| 12/8/2003 | $29.00 | $29.60 | $26.50 | $27.36 | 1,131,600 | $27.36 |
| 12/9/2003 | $26.80 | $27.22 | $25.80 | $26.25 | 1,066,900 | $26.25 |
| 12/10/2003 | $26.03 | $26.50 | $25.77 | $25.91 | 640,800 | $25.91 |
| 12/11/2003 | $26.00 | $26.90 | $25.07 | $25.20 | 427,200 | $25.20 |

Exhibit A: SHLD PRICE/VOLUME

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 12/12/2003 | $25.52 | $25.65 | $24.54 | $25.00 | 264,000 | $25.00 |
| 12/15/2003 | $25.16 | $25.50 | $23.50 | $24.00 | 1,350,500 | $24.00 |
| 12/16/2003 | $23.96 | $25.25 | $23.70 | $24.91 | 815,400 | $24.91 |
| 12/17/2003 | $24.97 | $25.61 | $24.97 | $25.40 | 461,900 | $25.40 |
| 12/18/2003 | $25.29 | $27.48 | $25.29 | $26.94 | 664,600 | $26.94 |
| 12/19/2003 | $26.75 | $27.40 | $26.51 | $26.95 | 896,300 | $26.95 |
| 12/22/2003 | $26.70 | $26.80 | $26.20 | $26.46 | 376,300 | $26.46 |
| 12/23/2003 | $26.30 | $26.45 | $25.20 | $25.26 | 491,200 | $25.26 |
| 12/24/2003 | $25.25 | $25.30 | $24.70 | $24.70 | 342,700 | $24.70 |
| 12/26/2003 | $24.74 | $24.95 | $23.40 | $23.50 | 580,200 | $23.50 |
| 12/29/2003 | $23.50 | $23.65 | $23.00 | $23.40 | 1,010,400 | $23.40 |
| 12/30/2003 | $23.50 | $23.57 | $23.09 | $23.31 | 707,100 | $23.31 |
| 12/31/2003 | $23.20 | $24.30 | $23.20 | $23.95 | 781,700 | $23.95 |
| 1/2/2004 | $23.90 | $24.00 | $22.41 | $23.00 | 929,300 | $23.00 |
| 1/5/2004 | $25.80 | $29.80 | $25.80 | $29.12 | 6,204,000 | $29.12 |
| 1/6/2004 | $29.20 | $31.25 | $29.04 | $30.00 | 2,720,100 | $30.00 |
| 1/7/2004 | $29.50 | $29.60 | $28.67 | $29.15 | 1,186,900 | $29.15 |
| 1/8/2004 | $29.23 | $30.90 | $29.11 | $30.34 | 923,700 | $30.34 |
| 1/9/2004 | $30.00 | $30.75 | $29.50 | $30.20 | 691,100 | $30.20 |
| 1/12/2004 | $30.39 | $31.10 | $30.12 | $30.76 | 575,000 | $30.76 |
| 1/13/2004 | $30.82 | $30.91 | $29.70 | $30.05 | 460,200 | $30.05 |
| 1/14/2004 | $30.15 | $30.15 | $29.70 | $30.00 | 366,400 | $30.00 |
| 1/15/2004 | $30.00 | $30.15 | $29.25 | $29.39 | 575,300 | $29.39 |
| 1/16/2004 | $29.38 | $30.05 | $29.35 | $29.88 | 225,800 | $29.88 |
| 1/20/2004 | $29.94 | $30.14 | $28.34 | $29.55 | 610,800 | $29.55 |
| 1/21/2004 | $29.55 | $30.25 | $29.29 | $30.25 | 516,200 | $30.25 |
| 1/22/2004 | $29.90 | $30.30 | $29.40 | $29.50 | 516,300 | $29.50 |
| 1/23/2004 | $29.53 | $29.89 | $29.39 | $29.65 | 331,200 | $29.65 |
| 1/26/2004 | $29.79 | $29.85 | $28.78 | $28.98 | 255,300 | $28.98 |
| 1/27/2004 | $29.05 | $29.54 | $28.53 | $28.85 | 753,600 | $28.85 |
| 1/28/2004 | $28.72 | $29.10 | $27.71 | $28.10 | 676,700 | $28.10 |
| 1/29/2004 | $28.19 | $28.53 | $27.06 | $28.00 | 837,700 | $28.00 |
| 1/30/2004 | $28.00 | $28.05 | $26.84 | $27.66 | 691,000 | $27.66 |
| 2/2/2004 | $27.54 | $27.80 | $27.00 | $27.47 | 838,900 | $27.47 |
| 2/3/2004 | $27.40 | $27.47 | $26.45 | $26.63 | 740,300 | $26.63 |
| 2/4/2004 | $26.62 | $27.17 | $26.10 | $26.52 | 387,700 | $26.52 |
| 2/5/2004 | $26.69 | $27.00 | $26.49 | $26.68 | 453,300 | $26.68 |
| 2/6/2004 | $26.49 | $29.15 | $26.46 | $28.80 | 1,252,400 | $28.80 |
| 2/9/2004 | $28.87 | $28.94 | $28.59 | $28.80 | 298,700 | $28.80 |
| 2/10/2004 | $28.74 | $28.85 | $28.30 | $28.72 | 415,700 | $28.72 |
| 2/11/2004 | $28.75 | $30.14 | $28.75 | $29.97 | 524,600 | $29.97 |
| 2/12/2004 | $30.00 | $31.19 | $29.50 | $29.70 | 1,110,700 | $29.70 |
| 2/13/2004 | $29.62 | $29.78 | $28.20 | $28.73 | 428,400 | $28.73 |
| 2/17/2004 | $28.73 | $29.90 | $28.73 | $29.90 | 232,700 | $29.90 |
| 2/18/2004 | $29.85 | $30.89 | $29.65 | $30.62 | 634,800 | $30.62 |
| 2/19/2004 | $30.45 | $31.10 | $29.35 | $30.01 | 646,600 | $30.01 |
| 2/20/2004 | $29.63 | $30.17 | $29.55 | $30.10 | 334,000 | $30.10 |
| 2/23/2004 | $30.05 | $30.64 | $29.75 | $30.03 | 512,900 | $30.03 |
| 2/24/2004 | $30.05 | $30.05 | $28.97 | $29.05 | 204,800 | $29.05 |
| 2/25/2004 | $29.27 | $29.30 | $28.51 | $28.74 | 382,100 | $28.74 |
| 2/26/2004 | $28.99 | $29.32 | $28.46 | $29.00 | 148,600 | $29.00 |
| 2/27/2004 | $29.00 | $31.08 | $29.00 | $30.00 | 1,510,500 | $30.00 |

Exhibit A: SHLD PRICE/VOLUME

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 3/1/2004 | $30.00 | $30.30 | $29.60 | $30.06 | 699,900 | $30.06 |
| 3/2/2004 | $30.00 | $31.04 | $29.91 | $30.95 | 307,600 | $30.95 |
| 3/3/2004 | $30.61 | $32.68 | $30.61 | $32.68 | 1,732,200 | $32.68 |
| 3/4/2004 | $32.54 | $32.90 | $31.82 | $32.90 | 403,700 | $32.90 |
| 3/5/2004 | $32.80 | $34.79 | $30.00 | $32.51 | 4,650,900 | $32.51 |
| 3/8/2004 | $32.14 | $33.20 | $32.14 | $32.95 | 936,100 | $32.95 |
| 3/9/2004 | $32.97 | $34.77 | $32.75 | $34.30 | 1,787,400 | $34.30 |
| 3/10/2004 | $34.37 | $34.93 | $32.02 | $34.93 | 746,700 | $34.93 |
| 3/11/2004 | $34.39 | $34.63 | $33.90 | $34.30 | 769,600 | $34.30 |
| 3/12/2004 | $34.21 | $34.80 | $33.70 | $34.07 | 627,400 | $34.07 |
| 3/15/2004 | $34.18 | $34.74 | $32.76 | $33.18 | 339,300 | $33.18 |
| 3/16/2004 | $33.46 | $34.00 | $32.89 | $33.82 | 348,600 | $33.82 |
| 3/17/2004 | $33.96 | $35.40 | $33.96 | $34.68 | 1,249,200 | $34.68 |
| 3/18/2004 | $38.27 | $39.31 | $36.35 | $37.06 | 4,615,900 | $37.06 |
| 3/19/2004 | $37.70 | $39.50 | $37.30 | $38.13 | 1,921,700 | $38.13 |
| 3/22/2004 | $38.00 | $38.19 | $36.91 | $37.46 | 402,500 | $37.46 |
| 3/23/2004 | $37.75 | $38.07 | $35.84 | $36.70 | 583,900 | $36.70 |
| 3/24/2004 | $36.63 | $38.29 | $36.26 | $37.00 | 444,500 | $37.00 |
| 3/25/2004 | $36.86 | $38.77 | $36.80 | $37.97 | 891,100 | $37.97 |
| 3/26/2004 | $38.00 | $38.69 | $38.00 | $38.65 | 369,700 | $38.65 |
| 3/29/2004 | $39.00 | $41.16 | $38.70 | $40.00 | 1,565,700 | $40.00 |
| 3/30/2004 | $39.80 | $42.58 | $39.49 | $41.84 | 2,098,300 | $41.84 |
| 3/31/2004 | $41.75 | $42.54 | $41.20 | $41.48 | 821,600 | $41.48 |
| 4/1/2004 | $41.27 | $42.95 | $40.69 | $41.74 | 849,300 | $41.74 |
| 4/2/2004 | $44.00 | $48.50 | $43.99 | $46.25 | 3,450,000 | $46.25 |
| 4/5/2004 | $45.76 | $47.03 | $45.69 | $46.15 | 1,397,400 | $46.15 |
| 4/6/2004 | $46.03 | $46.03 | $45.27 | $45.43 | 570,800 | $45.43 |
| 4/7/2004 | $45.30 | $46.19 | $44.65 | $45.27 | 438,000 | $45.27 |
| 4/8/2004 | $45.32 | $46.40 | $44.43 | $45.00 | 731,900 | $45.00 |
| 4/12/2004 | $44.81 | $45.97 | $44.13 | $45.01 | 366,800 | $45.01 |
| 4/13/2004 | $45.01 | $45.73 | $44.03 | $44.25 | 566,800 | $44.25 |
| 4/14/2004 | $43.95 | $44.17 | $42.57 | $42.68 | 626,100 | $42.68 |
| 4/15/2004 | $42.66 | $43.12 | $42.02 | $43.00 | 455,000 | $43.00 |
| 4/16/2004 | $43.25 | $44.63 | $43.00 | $44.62 | 894,100 | $44.62 |
| 4/19/2004 | $43.99 | $46.62 | $43.97 | $46.35 | 1,295,800 | $46.35 |
| 4/20/2004 | $46.79 | $47.83 | $45.45 | $46.26 | 715,900 | $46.26 |
| 4/21/2004 | $46.26 | $46.38 | $44.95 | $45.35 | 492,700 | $45.35 |
| 4/22/2004 | $45.45 | $46.99 | $44.85 | $46.54 | 430,400 | $46.54 |
| 4/23/2004 | $46.66 | $48.00 | $45.70 | $46.95 | 710,700 | $46.95 |
| 4/26/2004 | $47.17 | $47.46 | $45.52 | $46.17 | 739,500 | $46.17 |
| 4/27/2004 | $46.10 | $46.86 | $45.10 | $45.99 | 487,100 | $45.99 |
| 4/28/2004 | $46.22 | $46.43 | $44.90 | $45.16 | 347,000 | $45.16 |
| 4/29/2004 | $45.10 | $45.10 | $43.01 | $43.91 | 1,246,500 | $43.91 |
| 4/30/2004 | $43.99 | $44.78 | $41.92 | $44.63 | 1,190,600 | $44.63 |
| 5/3/2004 | $44.54 | $44.60 | $42.35 | $43.12 | 956,900 | $43.12 |
| 5/4/2004 | $43.37 | $44.54 | $42.69 | $43.93 | 1,051,300 | $43.93 |
| 5/5/2004 | $44.03 | $44.85 | $43.98 | $44.30 | 523,900 | $44.30 |
| 5/6/2004 | $44.30 | $44.46 | $42.69 | $43.60 | 598,600 | $43.60 |
| 5/7/2004 | $43.23 | $44.10 | $41.85 | $42.53 | 706,100 | $42.53 |
| 5/10/2004 | $42.41 | $42.52 | $40.66 | $42.07 | 999,600 | $42.07 |
| 5/11/2004 | $42.25 | $43.50 | $42.13 | $43.17 | 553,700 | $43.17 |
| 5/12/2004 | $43.10 | $43.25 | $41.80 | $43.10 | 590,700 | $43.10 |

Exhibit A: SHLD PRICE/VOLUME

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 5/13/2004 | $42.85 | $43.25 | $42.43 | $43.17 | 321,400 | $43.17 |
| 5/14/2004 | $43.47 | $44.34 | $43.01 | $44.30 | 467,600 | $44.30 |
| 5/17/2004 | $45.46 | $49.44 | $45.08 | $48.62 | 4,143,300 | $48.62 |
| 5/18/2004 | $48.42 | $50.06 | $47.56 | $48.79 | 2,135,500 | $48.79 |
| 5/19/2004 | $49.12 | $50.10 | $47.50 | $48.52 | 1,257,800 | $48.52 |
| 5/20/2004 | $48.58 | $49.00 | $47.79 | $48.20 | 775,200 | $48.20 |
| 5/21/2004 | $48.33 | $49.75 | $47.80 | $49.11 | 1,404,800 | $49.11 |
| 5/24/2004 | $49.75 | $51.63 | $49.26 | $51.00 | 1,246,600 | $51.00 |
| 5/25/2004 | $51.20 | $51.95 | $50.50 | $51.19 | 1,305,200 | $51.19 |
| 5/26/2004 | $51.00 | $51.83 | $50.63 | $51.17 | 1,010,100 | $51.17 |
| 5/27/2004 | $51.40 | $52.32 | $50.65 | $51.00 | 762,400 | $51.00 |
| 5/28/2004 | $50.93 | $52.65 | $50.93 | $52.36 | 720,500 | $52.36 |
| 6/1/2004 | $52.40 | $53.95 | $51.80 | $53.78 | 1,063,900 | $53.78 |
| 6/2/2004 | $53.90 | $55.10 | $53.78 | $54.85 | 1,601,000 | $54.85 |
| 6/3/2004 | $55.22 | $55.54 | $54.50 | $54.86 | 948,200 | $54.86 |
| 6/4/2004 | $59.18 | $62.77 | $58.26 | $62.53 | 6,278,500 | $62.53 |
| 6/7/2004 | $62.40 | $63.15 | $60.68 | $62.00 | 2,246,300 | $62.00 |
| 6/8/2004 | $61.75 | $67.16 | $61.50 | $66.33 | 5,027,100 | $66.33 |
| 6/9/2004 | $66.56 | $67.65 | $64.63 | $66.04 | 2,692,500 | $66.04 |
| 6/10/2004 | $65.92 | $67.20 | $64.40 | $65.16 | 1,388,100 | $65.16 |
| 6/14/2004 | $64.62 | $64.87 | $62.49 | $62.50 | 1,530,600 | $62.50 |
| 6/15/2004 | $63.00 | $64.40 | $62.90 | $63.78 | 924,600 | $63.78 |
| 6/16/2004 | $63.74 | $65.78 | $63.18 | $65.40 | 858,600 | $65.40 |
| 6/17/2004 | $65.50 | $67.92 | $65.00 | $66.06 | 1,169,700 | $66.06 |
| 6/18/2004 | $66.15 | $69.98 | $65.75 | $69.19 | 1,929,500 | $69.19 |
| 6/21/2004 | $69.72 | $71.77 | $68.47 | $69.15 | 1,912,200 | $69.15 |
| 6/22/2004 | $69.07 | $70.60 | $68.28 | $68.82 | 1,386,400 | $68.82 |
| 6/23/2004 | $69.10 | $71.10 | $67.85 | $70.37 | 1,627,000 | $70.37 |
| 6/24/2004 | $70.75 | $72.30 | $69.70 | $71.07 | 1,289,300 | $71.07 |
| 6/25/2004 | $70.88 | $73.90 | $70.50 | $73.82 | 3,007,800 | $73.82 |
| 6/28/2004 | $73.53 | $73.53 | $70.86 | $71.63 | 2,545,600 | $71.63 |
| 6/29/2004 | $71.21 | $71.52 | $67.63 | $68.22 | 2,561,200 | $68.22 |
| 6/30/2004 | $73.60 | $73.87 | $70.13 | $71.80 | 3,894,100 | $71.80 |
| 7/1/2004 | $72.00 | $76.74 | $70.30 | $74.73 | 2,743,200 | $74.73 |
| 7/2/2004 | $75.10 | $79.52 | $74.10 | $77.65 | 2,733,900 | $77.65 |
| 7/6/2004 | $77.47 | $81.90 | $77.38 | $81.65 | 2,747,200 | $81.65 |
| 7/7/2004 | $81.65 | $84.50 | $78.43 | $78.51 | 3,923,000 | $78.51 |
| 7/8/2004 | $77.60 | $80.10 | $76.37 | $76.82 | 2,246,300 | $76.82 |
| 7/9/2004 | $77.81 | $79.00 | $75.60 | $76.80 | 1,474,600 | $76.80 |
| 7/12/2004 | $76.05 | $78.71 | $75.35 | $77.80 | 1,688,900 | $77.80 |
| 7/13/2004 | $77.97 | $79.47 | $77.88 | $78.52 | 996,100 | $78.52 |
| 7/14/2004 | $77.10 | $81.75 | $76.82 | $81.17 | 2,285,400 | $81.17 |
| 7/15/2004 | $81.85 | $82.49 | $79.11 | $79.24 | 1,354,100 | $79.24 |
| 7/16/2004 | $80.35 | $80.40 | $76.22 | $77.06 | 1,891,200 | $77.06 |
| 7/19/2004 | $75.25 | $76.00 | $71.97 | $74.10 | 4,054,300 | $74.10 |
| 7/20/2004 | $74.10 | $76.65 | $72.37 | $76.59 | 1,464,200 | $76.59 |
| 7/21/2004 | $76.08 | $77.70 | $72.92 | $74.26 | 1,573,100 | $74.26 |
| 7/22/2004 | $73.27 | $73.28 | $68.33 | $69.42 | 4,132,200 | $69.42 |
| 7/23/2004 | $68.69 | $69.33 | $65.55 | $65.92 | 2,985,500 | $65.92 |
| 7/26/2004 | $65.92 | $67.56 | $63.60 | $64.08 | 2,077,300 | $64.08 |
| 7/27/2004 | $73.67 | $74.16 | $65.55 | $73.24 | 6,598,200 | $73.24 |
| 7/28/2004 | $73.37 | $79.50 | $72.57 | $74.19 | 7,668,600 | $74.19 |

Exhibit A: SHLD PRICE/VOLUME

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 7/29/2004 | $73.69 | $76.75 | $72.77 | $75.49 | 2,464,700 | $75.49 |
| 7/30/2004 | $75.16 | $77.43 | $74.00 | $77.43 | 2,310,600 | $77.43 |
| 8/2/2004 | $75.05 | $76.79 | $73.50 | $75.04 | 2,368,900 | $75.04 |
| 8/3/2004 | $74.65 | $75.43 | $71.87 | $72.99 | 2,030,000 | $72.99 |
| 8/4/2004 | $72.00 | $72.90 | $69.46 | $70.56 | 2,869,400 | $70.56 |
| 8/5/2004 | $70.55 | $71.70 | $67.49 | $67.53 | 2,233,000 | $67.53 |
| 8/6/2004 | $66.99 | $68.79 | $64.85 | $66.93 | 2,868,300 | $66.93 |
| 8/9/2004 | $66.85 | $68.45 | $66.10 | $67.61 | 1,129,700 | $67.61 |
| 8/10/2004 | $68.19 | $69.50 | $63.05 | $64.40 | 4,839,400 | $64.40 |
| 8/11/2004 | $63.84 | $65.07 | $61.76 | $65.05 | 2,564,100 | $65.05 |
| 8/12/2004 | $67.35 | $68.15 | $65.03 | $65.77 | 2,566,500 | $65.77 |
| 8/13/2004 | $65.70 | $65.92 | $63.90 | $64.90 | 1,138,800 | $64.90 |
| 8/16/2004 | $74.41 | $76.18 | $66.81 | $76.05 | 11,168,100 | $76.05 |
| 8/17/2004 | $80.22 | $81.01 | $74.53 | $75.17 | 9,259,600 | $75.17 |
| 8/18/2004 | $74.37 | $78.95 | $74.25 | $78.76 | 10,278,000 | $78.76 |
| 8/19/2004 | $78.40 | $78.40 | $76.58 | $76.89 | 3,155,600 | $76.89 |
| 8/20/2004 | $76.58 | $77.81 | $76.10 | $76.55 | 2,306,400 | $76.55 |
| 8/23/2004 | $78.15 | $78.22 | $75.05 | $76.45 | 2,142,700 | $76.45 |
| 8/24/2004 | $76.94 | $78.25 | $75.84 | $77.17 | 1,779,000 | $77.17 |
| 8/25/2004 | $77.33 | $78.75 | $76.50 | $77.39 | 1,762,900 | $77.39 |
| 8/26/2004 | $77.34 | $77.79 | $76.04 | $76.38 | 984,200 | $76.38 |
| 8/27/2004 | $76.25 | $77.62 | $76.07 | $77.20 | 701,000 | $77.20 |
| 8/30/2004 | $76.99 | $78.75 | $76.00 | $76.06 | 1,228,300 | $76.06 |
| 8/31/2004 | $76.50 | $76.85 | $74.92 | $76.62 | 1,257,500 | $76.62 |
| 9/1/2004 | $76.62 | $78.66 | $76.00 | $77.92 | 1,706,600 | $77.92 |
| 9/2/2004 | $77.52 | $80.80 | $77.40 | $79.39 | 3,428,100 | $79.39 |
| 9/3/2004 | $80.17 | $82.88 | $79.75 | $82.08 | 3,941,900 | $82.08 |
| 9/7/2004 | $82.82 | $84.36 | $82.37 | $84.10 | 2,819,300 | $84.10 |
| 9/8/2004 | $85.00 | $85.45 | $81.32 | $81.58 | 2,994,600 | $81.58 |
| 9/9/2004 | $81.81 | $82.40 | $80.49 | $80.99 | 1,663,300 | $80.99 |
| 9/10/2004 | $81.01 | $83.42 | $81.00 | $82.77 | 1,932,200 | $82.77 |
| 9/13/2004 | $83.09 | $86.63 | $82.85 | $85.34 | 3,439,200 | $85.34 |
| 9/14/2004 | $88.50 | $89.75 | $87.52 | $89.00 | 5,368,600 | $89.00 |
| 9/15/2004 | $88.75 | $89.74 | $87.16 | $88.05 | 1,941,400 | $88.05 |
| 9/16/2004 | $88.39 | $90.20 | $87.66 | $88.27 | 1,750,200 | $88.27 |
| 9/17/2004 | $88.93 | $89.20 | $87.22 | $87.75 | 1,400,400 | $87.75 |
| 9/20/2004 | $87.60 | $87.94 | $85.32 | $85.90 | 1,523,300 | $85.90 |
| 9/21/2004 | $85.61 | $87.48 | $85.61 | $86.30 | 1,440,300 | $86.30 |
| 9/22/2004 | $86.17 | $86.58 | $84.06 | $84.65 | 1,549,700 | $84.65 |
| 9/23/2004 | $84.94 | $86.27 | $83.60 | $85.59 | 1,355,200 | $85.59 |
| 9/24/2004 | $85.25 | $87.39 | $84.71 | $86.30 | 907,800 | $86.30 |
| 9/27/2004 | $85.79 | $87.04 | $85.14 | $85.56 | 898,100 | $85.56 |
| 9/28/2004 | $85.55 | $87.10 | $84.07 | $85.85 | 1,124,600 | $85.85 |
| 9/29/2004 | $85.85 | $88.84 | $85.68 | $88.06 | 2,005,600 | $88.06 |

Source: finance.yahoo.com